[No. 9459. Department Two. — March 1, 1887.]

A. PACKARD, RESPONDENT, v. JOHN D. WILSON
ET AL., APPELLANTS.

COSTS — PERCENTAGE — LITIGATED CASE — ACT OF FEBRUARY 9, 1866. —
Section 6 of the act of February 9, 1866, — conceding it to be still in force,
— providing that the prevailing party in litigated cases in the city and
county of San Francisco shall be entitled as costs to a percentage of five
per cent on the amount recovered, applies to an action to foreclose a lien
on personal property, in which judgment is entered in favor of the plain-
tiff on a demurrer to the complaint.

APPEAL from a judgment of the Superior Court of the
city and county of San Francisco, and from an order re-
fusing to retax costs.

The action was brought to foreclose a lien on a prom-
issory note.   The defendants demurred to the complaint,
and their demurrer being overruled, final judgment was
rendered in favor of the plaintiff for $7,053.61, and for
the sale of the note and the application of the proceeds
in payment thereof.   The plaintiff filed a cost-bill, one
of the items of which was as follows: "Percentage allowed
by law on judgment of $7,053.61, $100."   The defend-
ants thereupon moved to have the cost-bill taxed, and to
strike therefrom the item of one hundred dollars, on the
grounds, — 1. That the action was brought to foreclose a
lien, and was not an action wherein percentage is allowed
by law; and 2. That no issue of fact was raised in the
action, and that the same was not a litigated case.   The
court denied the motion.   Section 6 of the act of Febru-
ary 9, 1866, regulating fees in the city and county of
San Francisco, provides "that the prevailing party shall
be allowed five per cent on the amount recovered, to-
gether with any sum by him so paid in a cause as costs
and disbursements, to be included in the judgment
against the adverse party; provided, said five per cent
shall be allowed only in litigated cases; and provided
further, that said percentage shall not be allowed to ex-

ceed the sum of one hundred dollars on any one judgment." The further facts are stated in the opinion.

*William & George Leviston,* for Appellants.

*J. T. Fleming,* and *A. Packard,* for Respondent.

. The COURT. — The complaint is sufficient. The case was litigated on demurrer, and the sixth section of the statute of February 9, 1866 (Stats. 1865–66, p. 68), applies to it. We think it proper to say that it was conceded on the argument by both parties that the statute above referred to is still in force. We decide the case on this concession, and hold nothing as to whether the statute is in force or not.

Judgment and order affirmed.